**E. J. FAY, Complainant-Appellant, v. Joseph T. HIGGINS, as United States Collector of Internal Revenue for the Third District of New York, Defendant-Appellee.**

**No. 26.**

Circuit Court of Appeals, Second Circuit.

Oct. 17, 1938.

James A. O'Gorman, Jr., and Donald Horne, both of New York City, for appellant.

Lamar Hardy, U. S. Atty., of New York City (John W. Knox, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed on the authority of Concentrate Mfg. Corporation v. Higgins, 2 Cir., 90 F.2d 439.

**Harry FLEISHER, Appellant, v. UNITED STATES of America, Appellee.**

**No. 7998.**

Circuit Court of Appeals, Sixth Circuit.

Oct. 14, 1938.

Alfred A. May and Arthur Ratner, both of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for the United States.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the motion of appellee to dismiss the appeal, the record, and briefs of counsel, and it appearing that the assignments of error not presented on the original appeal herein are foreclosed by the former judgment of this court, Fleisher v. United States, 91 F.2d 404, petition for writ of certiorari as to the conviction under Counts 2, 3 and 4 of the indictment not having been granted by the Supreme Court of the United States, Fleisher v. United States, 302 U. S. 673, 58 S.Ct. 29, 82 L.Ed. 520; and it appearing that the fact that appellant was not present when his sentence was diminished by the District Court in compliance with the mandate of the Supreme Court in Fleisher v. United States, 302 U. S. 218, 58 S.Ct. 148, 82 L.Ed. 208, in no way prejudiced his substantial rights, and no other substantial question being involved:

The motion to dismiss is sustained.

**Sam FLEISHER, Appellant, v. UNITED STATES of America, Appellee.**

**No. 7997.**

Circuit Court of Appeals, Sixth Circuit.

Oct. 14, 1938.

Alfred A. May and Arthur Ratner, both of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for the United States.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the motion of appellee to dismiss the appeal, the record, and briefs of counsel, and it appearing that the assignments of error not presented on the original appeal herein are foreclosed by the former judgment of this court, Fleisher v. United States, 91 F.2d 404, petition for writ of certiorari as to the conviction under Counts 2, 3 and 4 of the indictment not having been granted by the Supreme Court of the United States, Fleisher v. United States, 302 U.S. 673, 58 S.Ct. 29, 82 L.Ed. 520; and it appearing that the fact that appellant was not present when his sentence was diminished by the District Court in compliance with the mandate of the Supreme Court in Fleisher v. United States, 302 U.S. 218, 58 S.Ct. 148, 82 L.Ed. 208, in no way prejudiced his substantial rights, and no other substantial question being involved:

The motion to dismiss is sustained.